**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MFS Series Trust I, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FirstEnergy Corp., *et al.*,<br><br>Defendants. | Case No. 2:21-cv-05839-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |
| Brighthouse Funds Trust II – MFS Value Portfolio, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FirstEnergy Corp., *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00865-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |

## **ORDER**

In light of procedural questions raised in the related consolidated class action pending before this Court, the Court seeks to clarify and supplement its Order Appointing the Special Master in this proceeding. (*MFS* Doc. 117, *Brighthouse* Doc. 112). To that end and pursuant to its Order Appointing the Special Master and Rule 53 of the Federal Rules of Civil Procedure, the Court **ORDERS** that:

1. Unless stayed at the time they are filed pursuant to paragraph 2 below, the Special Master's discovery orders are effective immediately upon being entered and remain in effect unless and until a party obtains a stay from the Court or the Court sustains an objection. No motions for

a stay should be directed to the Special Master. The parties are warned, however, that stays will not be the normal course and should not assume requests for stays will be granted.

2. A party must give the Special Master notice of a request to stay a discovery order contemporaneously with briefing the underlying motion. When such a request is made, the Special Master should then indicate in his discovery order whether the order is stayed upon filing or becomes effective upon filing.

3. If an objection to an order, report, or recommendation by the Special Master is filed, parties shall have 14 days thereafter to file a response to the objection. Parties will not have the opportunity to file a reply to the response unless otherwise ordered by the Court.

4. At his discretion, the Special Master may reasonably shorten the deadline for parties to file objections to his orders, reports, or recommendations or the deadline to file responses to an objection.

IT IS SO ORDERED.

Date:  November 30, 2023

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE


/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE